UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STACY BROWN o/b/o T.H., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:08CV298 TCM |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**MOTION:**
Granted ✓
Denied _____
Overruled _____
Date _____
(signature) 9/4/08

## FIRST MOTION FOR ENLARGEMENT OF TIME

The Defendant, pursuant to Rule 6(b), F.R.Civ.P., respectfully moves the Court to enlarge the period of time in which he may file his Brief in Support of the Answer up to and including October 2, 2008. Opposing counsel has no objection.

Respectfully submitted,

CATHERINE L. HANAWAY
UNITED STATES ATTORNEY

_s/ Jane Rund_
JANE RUND #47298
Assistant United States Attorney
111 South 10th Street, Suite 20.333
St. Louis, Missouri 63102
(314) 539-2200
(314) 539-2777 FAX