UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STACY BROWN, as Next Friend for T.H., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | Case number 4:08cv0298 TCM |

## JUDGMENT

In accordance with the Memorandum and Order of this same date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the decision of the Commissioner of Social Security is AFFIRMED and this cause of action is DISMISSED.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 8th day of September, 2009.